PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

**FILED**

NOV 1 7 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Case No. **2 5 CV - 6 2 8 JFH - MTS**

*(to be filled in by the Clerk's Office)*

DANIEL TYREE HARRISON

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CITY OF TULSA, Joseph BAWCOM,
TULSA POLICE DEPARTMENT, UNKNOWN
OFFICERS, EMPIRE PROTECTION SERVICES,
TAMARACK APARTMENT Complex, etal.
+ Waterstone Apartment *Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

✓ Mail     ___ No Cert Svc     ___ No Orig Sign

___ C/J     ___ C/MJ     ___ C/Ret'd     ___ No Env

___ No Cpys     ✓ No Env/Cpys     ___ O/J     ___ O/MJ

IFP pending
Ø Summons

Page 1 of 9

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name DANIEL TYREE HARRISON

All other names by which
you have been known:

ID Number #1176247

Current Institution DAVID L MOSS DETENTION CENTER

Address 300 N DENVER AVE

TULSA          OK          74103
*City*          *State*          *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name City of Tulsa

Job or Title *(if known)*

Shield Number

Employer

Address 175 E. 2nd St.

TULSA          OK          74103
*City*          *State*          *Zip Code*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name Tulsa Police Department

Job or Title *(if known)*

Shield Number

Employer

Address 600 Civic Center

TULSA          OK          74103
*City*          *State*          *Zip Code*

☐ Individual capacity   ☒ Official capacity

Pg 3 (b) of 9

PART 1
Section B

Tamarack Apartment Complex  -  Corporation + Officers
Waterstone Apartment Complex

✓ Official capacity

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3

Name                                Joseph Baucom

Job or Title *(if known)*           Security Gaurd

Shield Number

Employer                            Empire Protection Services

Address                             7605 E. 49th St, Ste D

__TULSA__          __OK__          __74145__
City                State            Zip Code

☒ Individual capacity        ☐ Official capacity


Defendant No. 4

Name                                Empire Protection Services

Job or Title *(if known)*           ♀

Shield Number

Employer

Address                             7605 E. 49th St, Ste D

__TULSA__          __OK__          __74145__
City                State            Zip Code

☐ Individual capacity        ☒ Official capacity


## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE RIGHT TO FREELY VISIT/TALK TO INDIVIDUALS IN A public AREA AND/OR RESIDENTIAL AREA WITHOUT FEAR, THREAT OF DEATH, OR HARM FROM OTHERS. THE RIGHT TO BE PROTECTED BY FIRST RESPONDERS WITHOUT RETRIBUTION OF THREAT OF prosecution for NEEDING ASSISTANCE

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. City OF TULSA Oversees THE TULSA POLICE DEPARTMENT WHO FAILED To provide EQUAL protection AND WITHOUT EVIDENCE THEN CHARGED AND ATTEMPTED To prosecute ME. THE property OWNER FAILED To provide security AND ALLOWED A FELONIOUS PERSON To Act ON THEIR BEHALF. Joseph Baucom Acted Negligently Individually AND ON BEHALF OF TAMARACK AND Waterstone Apartment Complexes

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

August 9, 2024
Waterstone Apartments          (PARKING LOT OF Apartment Complex)
1054 E. 57th Place, TULSA, OK

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

August 9, 2024          02:28Am to 04:01Am

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I met A fMENO who lived AT THE APARtment Complex of the SCENE. Upon leaving And WALKING AwAy I WAS ASKED By Joseph BAucom to stop And upon doing so he began shooting Me when I turned Around WITHOUT WARNING. I attempted to Move AwAy And he Kept shooting.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I wAs shot 7x (fAce, shoulder, ARM, + stomACH). I sustAined 3 surgeries, RehAb, And continued treatment Mentally + physically. I wAs hospitalized for 6+ weeks

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Am Requesting both justice through criminAl Action And financial Relief of $1,000,000.00 for my medicAl expenses And $5,000,000.00 for my pAin, suffering, PTSD, And continued medical expenses in future.

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

 

3.   Docket or index number

 

4.   Name of Judge assigned to your case

 

5.   Approximate date of filing lawsuit

 

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

 

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)    

Defendant(s)    

2.   Court *(if federal court, name the district; if state court, name the county and State)*

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 10, 2025

Signature of Plaintiff    *Daniel Harrison*

Printed Name of Plaintiff    DANIEL TYREE HARRISON

Prison Identification #    #1176247

Prison Address    300 N DENVER AVE

TULSA                                    OK              74103

|          City          |          State          |          Zip Code          |

**B.**    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

|          City          |          State          |          Zip Code          |

Telephone Number    _____

E-mail Address    _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at    300 N DENVER Ave, TULSA, OK 74103    on    November 10, 2025.
                              (Location)                                                    (Date)

*Daniel Harrison*

Original Signature of Plaintiff)

Page 9 of 9

TO: CLERK of the Court                    November 10, 2025
RE: Filing of Violation of Civil Rights

I wish to file the Attached Action for Violation of my Civil Rights.

I am a pro se filer who is currently incarcerated at David L Moss Detention Center.

I am requesting the Court to permit All Summons Against the Defendants be filed/served by the U.S. Marshal Service on my behalf.

Please inform me as any other needed documents or information.

Respectfully submitted,

Daniel Harrison

Daniel Tyree Harrison, Pro Se
Plaintiff



**PRESS FIRMLY TO SEAL**

**UNITED STATES POSTAL SERVICE** ®  |  **PRIORITY** ® **MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

25 CV - 6 2 8 JFH - MTS

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

$10.10

⟲ Postmarked- unknown

**FROM:**
DANIEL T HARRISON #1176247
300 N DENVER AVE
TULSA, OK 74103
DAVID L MOSS Det. Cntr.

**RECEIVED**
NOV 17 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**TO:**
CLERK of the Court
N.D. of Oklahoma
333 W. 4th Ave/Street
Room 411
Tulsa, OK. 74103-3819

( Prisoner LEGAL MAIL )

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.